S. R. SMITH v. PEOPLE'S BUILDING, LOAN & SAVINGS ASSOCIATION.

FILED OCTOBER 20, 1897.   No. 7493.

Affirmance in Absence of a Transcript of the Proceedings Below.

ERROR from the district court of Red Willow county. Tried below before WELTY, J.   *Affirmed.*

*W. R. Starr,* for plaintiff in error.

*W. S. Morlan,* contra.

RYAN, C.

As there is in the record of this court nothing even pur-
porting to be a transcript of the pleadings filed in this
case in the district court of Red Willow county, the errors
assigned by the plaintiff in error cannot be considered.
(*Moore v. Waterman*, 40 Neb., 498; *Bell v. Beller*, 40 Neb.,
501; *School District v. Cooper*, 44 Neb., 714.) The judg-
ment of the district court is therefore

AFFIRMED.